

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00455-CV

**IN THE INTEREST OF Y.M.** and J.A.V., Jr.

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00111
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the appeal concerning appellant J.A.V., Jr. is DISMISSED. No costs of appeal are taxed against Appellant J.A.V., Jr.

SIGNED October 2, 2019.

_____
Liza A. Rodriguez, Justice